UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00257-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDDIE DAVIDSON,
a/k/a EDWARD DAVIDSON,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#15)** on July 19, 2007 by Defendant Eddie Davidson. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 22, 2007** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **August 1, 2007** and the **August 6, 2007** trial date are **VACATED**.

Dated this 23rd day of July, 2007

                                    **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

                                    Marcia S. Krieger
                                    United States District Judge