UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00257-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDDIE DAVIDSON,
a/k/a EDWARD DAVIDSON,

       Defendant.

_____

### ORDER CONTINUING CHANGE OF PLEA HEARING
_____

THIS MATTER comes before the Court on the Joint Motion to Continue Change of Plea hearing **(#24)** filed October 9, 2007. Having reviewed the motion, the Court

**FINDS** that good cause exists for granting the relief requested. It is therefore

**ORDERED** that the Motion is **GRANTED** and the change of plea hearing set for October 22, 2007, is continued to **December 3, 2007, at 2:30 p.m. No further extensions will be granted.**

DATED this 9th day of October, 2007.

                                       **BY THE COURT:**

                                       *Marcia S. Krieger*
                                       _____
                                       Marcia S. Krieger
                                       United States District Judge