## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 28, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Laura Ansart | |

Criminal Action No. 07-cr-00257-MSK

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                     Tim Neff

      Plaintiff,

v.

EDDIE DAVIDSON,                                         Michael Arvin

      Defendant.

---

## SENTENCING MINUTES
_____

**10:56 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on December 3, 2007. Defendant pled guilty to Counts 1, 2 and 3 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #37**). Statement from the Government. Defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #37)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Defendant shall self surrender to the facility designated by the United States Bureau of Prisons on or before noon on May 27, 2008. Bond will be released upon voluntary surrender.

The defendant is advised of his right to appeal.

**ORDER:** Documents previously sealed will now be unsealed.

**11:47 a.m.** **Court in recess.**

Total Time: 51 minutes.
Hearing concluded.